UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23139-BLOOM/Reid

JONATHAN GILMORE,

    Plaintiff,

v.

CORE CIVIC U.S.A., *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** is before the Court on *pro se* Plaintiff Jonathan Gilmore's [Motion] to Impose Sanctions ("Sanctions Motion"), ECF No. [1], and Motion . . . to Proceed *in forma pauperis* ("IFP Motion"), ECF No. [3]. For the reasons set forth below, the motions are denied, the case is dismissed, and Plaintiff is directed to refile his submissions on the docket for his underlying criminal case, Case No. 1:17-cr-20601-MGC.

On May 22, 2019, a Judgment, CR ECF No. [96],[1] was entered against Plaintiff following a guilty plea. *See id.* 1. Plaintiff was sentenced to a term of 100 months, and the court recommended the Bureau of Prisons place Plaintiff at FMC Devens in Ayer Massachusetts, a "level 4 care facility." *Id.* 2. The court also recommended Plaintiff continue medical treatment in custody and participate in the Bureau of Prison's Residential Drug and Alcohol Treatment Program. *See id.*

The Sanctions Motion presently before the Court alleges Plaintiff is in the custody of a "non B.O.P. Prison called Nevada Southern Detention Center," *id.* 2, and is being refused adequate medical care, including mental health treatment, *see id.* 3–4. The Sanctions Motions seeks

---

[1] Citations to Plaintiff's criminal case are denoted "CR ECF No."

sanctions under Federal Rule of Civil Procedure 11(c). *See id.* 4.

The sanctions provision of Rule 11 provides for sanctions where a party in a civil mater misrepresents the facts or basis for a civil claim, and therefore is not relevant to Plaintiff's claims. *See* Fed. R. Civ. P. 11(c).  Plaintiff's Sanctions Motion is better characterized as a complaint about the conditions of his confinement and should be filed on the docket for his underlying criminal case.[2]  Because Plaintiff's Sanctions Motion is not properly before the Court, it is

**ORDERED AND ADJUDGED** as follows:

1. *Pro se* Plaintiff Jonathan Gilmore's [Motion] to Impose Sanctions, **ECF No. [1]**, is **DENIED without prejudice** and the case is **DISMISSED**.

2. Plaintiff is directed to refile his motion on the docket for his criminal matter, **Case No. 1:17-cr-20601-MGC**.

3. Plaintiff's Motion . . . to Proceed *in forma pauperis* ("IFP Motion"), **ECF No. [3]**, is **DENIED AS MOOT**.

4. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED in** Chambers at Miami, Florida, on July 30, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Jonathan Gilmore, *Pro Se*
22026098
Nevada Southern Detention Center

---

[2] Although Plaintiff has designated his Sanctions Motion as "Civil," Sanctions Motion 1, it is directed to the Honorable Marcia Cooke, who presided over Plaintiff's criminal case, *see id.*

Case No. 20-cv-23139-BLOOM/Reid

2190 E Mesquite Ave.
Pahrump, NV 89060